# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>                         Plaintiff,<br>   v.<br><br>PAUL KWON, dba IT'S BOBA TIME; and HARBAUGH CONVOY LLC,<br><br>                       Defendants. | CASE NO. 18cv0970 JM(BGS)<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff moves for leave to prosecute this Americans with Disabilities Act action in forma pauperis. Plaintiff declares that he is disabled, unemployed, and possesses no significant source of income or asset. Accordingly, the Court **GRANTS** plaintiff's request to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED: May 21, 2018

                                                    Hon. Jeffrey T. Miller
                                                    United States District Judge

cc:       All parties